United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAY JACKSON,<br>(Inmate # 2026138), | § <br> § <br> § | |
| *Plaintiff,* | § <br> § <br> § | |
| vs. | § <br> § | CIVIL ACTION NO. H-26-3687 |
| VINCENZO SANTINI, *et al.*, | § <br> § <br> § <br> § | |
| *Defendants.* | § <br> § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Ray Jackson, (Inmate # 2026138), is currently detained in the Beeville County Jail. On May 6, 2026, he filed a complaint under 42 U.S.C. § 1983 against Montgomery County Assistant District Attorney Vincenzo Santini, Montgomery County Commissioner James Metts, and an unknown Montgomery County Clerk's Office employee. (Dkt. 1). Jackson alleged that the defendants each violated his civil-rights in connection with a previous state-court criminal prosecution. (*Id.* at 3–4). On May 10, 2026, the Court ordered Jackson to either pay the applicable filing fee for a civil-rights action or file a properly supported motion to proceed *in forma pauperis* by June 9, 2026. (Dkt. 4). The Court provided the proper form to Jackson for his use and warned him that failing to comply as ordered

1/3

would result in the Court dismissing his action without further notice under Federal Rule of Civil Procedure 41(b). (*Id.*).

Jackson has failed to comply, and his time to do so has now expired. His failure to pursue this action forces the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, the Court **ORDERS** as follows:

1.    Jackson's civil-rights action, (Dkt. 1), is **DISMISSED without prejudice** for want of prosecution.

2.    Any pending motions are **DENIED as moot.**

3.    Jackson is advised that upon a showing of good cause for failing to comply with the Court's May 10 Order, relief from this Order may be granted under Federal Rule of Civil Procedure 60(b). Any motion under Rule 60(b) must be accompanied by either payment of the $405.00 filing fee or a properly supported motion to proceed *in forma pauperis*.

The Clerk will provide a copy of this Order to the petitioner.

SIGNED at Houston, Texas on _____ June 25 _____, 2026.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE